*92*

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

January 22, 2003

U. S. District Court,
Southern District of Texas
600 East Harrison, Room 101
Brownsville, Texas 78520

      Re: Civil Action Number B-91-019

Please accept this letter as my formal request of the funds awarded to me in a Final Judgment dated 16-May-1994 filed under the above cause number. I became an adult December 26, 2002. Please forward the awarded amount of $25,000.00 plus all interest accrued to me at the address below. Please find enclosed copies of;

    current Texas Drivers license
    Social Security card
    Birth certificate

If you have any questions concerning this request, you may contact me 830-672-7930 or my father, Rene de la Garza at 830-857-4332.

Thank you.

Sincerely,

Arthur Ricardo de la Garza
203 North Fair
Gonzales, Texas 78629-4311

## Acknowledgments

State of Texas

County of Gonzales

Before me, the undersigned, a Notary Public duly commissioned in and for the County aforesaid on this 23 day of January, 2003, personally appeared **Arthur Ricardo de la Garza**, to me known to be the identical person(s) who executed the within and foregoing instrument and acknowledged to me that he executed the same as his free and voluntary act and deed, for the uses and purposes set forth.

Witness my hand and official seal.

_Peggy Barnett_
Notary Public

My Commission Expires May 9, 2004




PEGGY BARNETT
NOTARY PUBLIC
STATE OF TEXAS
Commission Expires 05-09-2004





# GUADALUPE COUNTY
## Seguin, Texas

FILE NO.: 280637-1984

NAME: ARTHUR RICARDO DE LA GARZA

DATE OF BIRTH: 12-26-1984 SEX: MALE

PLACE OF BIRTH: CAMERON COUNTY, TEXAS

FATHER: RENE DE LA GARZA MOTHER: PAMELA KARYL HOOVER

DATE FILED: 02-07-1985

STATE OF TEXAS } ss CERTIFIED COPY OF VITAL RECORDS
COUNTY OF GUADALUPE }

I hereby certify that this abstract of birth facts has been provided to this office by the Texas Department of Health, Bureau of Vital Statistics, from a document officially in its custody.

DATE ISSUED 02-08-2000



County Clerk/Registrar
By: Deputy

LAMINATION MAY VOID CERTIFICATE. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

