IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Rene De La Garza, et al | § | |
|     Plaintiff(s), | § | |
| | § | |
| VS. | § | B-91-019 |
| Tom Aderhold, et al | § | |
|     Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Arthur de la Garza was a minor child. The minor has now provided satisfactory evidence that he has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Arthur de la Garza, social security number 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, the principal $25,000.00, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:

203 North Fair
Gonzales, TX 78629-4311

DONE at , Texas this the 6th day of February 2003

                                                   UNITED STATES DISTRICT JUDGE