United States District Court
Southern District of Texas
FILED

June 10, 2004

JUN 2 1 2004

Michael N. Milby
Clerk of Court

U. S. District Court
Southern District of Texas
600 East Harrison, Room 101
Brownsville, Texas 78520

RE: Civil Action Number B-91-019

Please accept this letter as my formal request of the funds awarded to me in a Final Judgment dated 16-May-1994 filed under the above cause number. I became an adult May 12, 2004. Please forward the awarded amount of $25,000.00 plus all interest accrued to me at the address below. Please also find enclosed copies of;

    Current Texas Drivers license
    Social Security Card
    Birth Certificate

If you have any questions concerning this request, you may contact me at 830-857-3329 (cell) or 830-857-8803 (home).

Thank you.

Sincerely,

*[signature]*

Joseph de la Garza
203 North Fair Street
Gonzales, Texas 78629-4311

Acknowledgments

STATE OF TEXAS              )

COUNTY OF GONZALES          )

      BEFORE ME, the undersigned authority, on this day personally appeared ***Joseph de la Garza*** 1) known to me; 2) proved to me on the oath of _____ or 3) proved to me through their Texas driver's license numbers _____ and _____ to be the persons whose names are subscribed to the foregoing document and acknowledged to me that they executed the same for the purposes and consideration expressed therein.

      Given under my hand and seal of office this 15th day of June, 2004.

                                                *[signature]*
                                                Notary Public, State of Texas

MYRNA P. McLEROY
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 10-05-2004







**GUADALUPE COUNTY**
Seguin, Texas

CERTIFICATION OF VITAL RECORD

FILE NO.: 083586-1986

NAME: JOSEPH ALEJANDRO DE LA GARZA

DATE OF BIRTH: 05-12-1986        SEX: MALE

PLACE OF BIRTH: CAMERON COUNTY, TEXAS

FATHER: RENE DE LA GARZA    MOTHER: PAMELA KARYL HOOVER

DATE FILED: 06-16-1986

STATE OF TEXAS
COUNTY OF GUADALUPE } ss    CERTIFIED COPY OF VITAL RECORDS

DATE ISSUED  02-08-2000

I hereby certify that this abstract of birth facts has been provided to this office by the Texas Department of Health, Bureau of Vital Statistics, from a document officially in its custody.

County Clerk/Registrar
By: _____ Deputy

LAMINATION MAY VOID CERTIFICATE. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

09454