IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Rene De La Garza, et al | § | |
|     Plaintiff(s), | § | |
| | § | |
| VS. | § | B-91-019 |
| Tom Aderhold, et al | § | |
|     Defendant(s). | § | |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Joseph De La Garza was a minor child. The minor has now provided satisfactory evidence that he has reached the age of majority and is now entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Joseph De La Garza, social security number ending in 6050, the principal $25,000.00, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the following address:

203 North Fair Street
Gonzales, TX 78629-4311

**DONE** at Brownsville, Texas this the 16th day of July, 2004.

UNITED STATES DISTRICT JUDGE