

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS



United States District Court
Southern District of Texas
FILED

AUG 1 0 2004

Michael N. Milby
Clerk of Court

# MEMORANDUM

**MAIL**

United States District Court
Southern District of Texas
RECEIVED

AUG 1 0 2004

Michael N. Milby, Clerk

DATE:     July 23, 2004

TO:       Docket Clerk thru Nathan Ochsner

FROM:     Andy Gould, Finance

SUBJECT:  Docket Entry

---

PLEASE MAKE THE FOLLOWING DOCKET ENTRY
AND FORWARD THIS MEMO TO THE FILE.

CASE NUMBER ___B-91-CV-019___

❏   $_____ were deposited into the Court registry.  Receipt #

❏   $ 36,128.38  were disbursed from the Court registry.